Charles E. COPELAND, Jr., Respondent,

v.

Charles MORRIS and Judy Morris, Appellants.

No. 45595.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 15, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

Rollin J. Moerschel, St. Charles, for appellants.

E. Darrell Davis, St. Charles, for respondent.

ORDER

PER CURIAM.

Defendants appeal from trial court's order directing them to remove a fence from an easement across their property and to refrain from obstructing the easement.

Affirmed pursuant to Rule 84.16(b).